# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-3390
LT Case No. 2009-CF-001257-A

_____

LOUIS J. CARROLL,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.800 Appeal from the Circuit Court for Citrus County.
Joel D. Fritton, Judge.

Louis J. Carroll, Arcadia, pro se.

No Appearance for Appellee.

April 28, 2026

PER CURIAM.

    AFFIRMED.

MAKAR, BOATWRIGHT, and MACIVER, JJ., concur.

---

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

---